■ In the Matter of STEVEN SOKOLOFF et al., Respondents, v ARROW ELECTRONICS, INC., Appellant. [742 NYS2d 582] —In a proceeding pursuant to CPLR article 75 to permanently stay arbitration, Arrow Electronics, Inc., appeals from an order of the Supreme Court, Suffolk County (Costello, J.), dated May 10, 2000, which granted the petition and denied its cross motion to dismiss the petition and to compel arbitration.

Ordered that the order is affirmed, with costs (*see Matter of O'Donnell v Arrow Elecs.,* 294 AD2d 581 [decided herewith]). Altman, J.P., McGinity, Townes and Crane, JJ., concur.